**Affirmed and Memorandum Opinion and Memorandum Concurring Opinion filed August 15, 2023.**



In The

## Fourteenth Court of Appeals

---

### NO. 14-21-00558-CV

---

### DANIEL OGBONNA AND KINGSLEY EKWOROMADU, OLIMAX GROUP INC., OLIMAX MANUFACTURING, LLC AND ROYALBRAVE INC., Appellants

### V.

### NELIA CRUICKSHANK, Appellee

---

**On Appeal from the 281st District Court
Harris County, Texas
Trial Court Cause No. 2020-64885**

---

### MEMORANDUM CONCURRING OPINION

I concur in the result. I do not believe all of the arguments under issue number one—as set out in the plurality opinion—are waived. However, I do not find the arguments persuasive.

Appellants argue that because the partnership used a pre-existing corporation's bank account for the partnership, the partnership was "created under a

statute" other than the partnership statutes, and consequently under section 152.051(c) there can be no partnership as a matter of law. *See* Tex. Bus. Org. Code § 152.051(c). I do not see how using a pre-existing bank account amounts to creating the new business as a corporation—as a matter of law. Appellants should have submitted the issue to the jury.

Appellants also argue that the jury was tasked with the wrong measure of damages, arguing—as a matter of law—that the partnership was dissolved. However, the evidence established that the other two partners continued to run the business. So this argument also fails.

I respectfully concur.

/s/     Tracy Christopher
Chief Justice

Panel consists of Chief Justice Christopher and Justices Jewell and Bourliot.